UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Clerk's Office
Filed Date:

6/10/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

| | |
|---|---|
| NATASHA ALBRITTON,<br><br>Plaintiff,<br><br>v.<br><br>BIO-REFERENCE LABORATORIES, INC.,<br><br>Defendant. | Civ. Action No. 1:21-cv-02245<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**THIS MATTER** having been commenced before this Court by Hendrick Vandamme (Vandamme Law Firm, P.C.), attorneys for Plaintiff Natasha Albritton, and the matters in difference having been amicably resolved by and between Plaintiff and Defendant, it is hereby stipulated and agreed by the parties, through their respective counsel, that the within matter be and is hereby dismissed as to all parties with prejudice, in its entirety, and without costs to any party.

**VANDAMME LAW FIRM, P.C.**
*Attorneys for Plaintiff Natasha Albritton*

5/18/21
By: _____
Hendrick Vandamme

Dated: _____

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for Defendant Bio-Reference Laboratories, Inc.*

By: _____
Kirsten McCaw Grossman

Dated: June 8, 2021

SO ORDERED:
s/ MKB 6/9/2021

_____
MARGO K. BRODIE
United States District Judge

11